THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY HUISKAMP, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOOMINFO TECHNOLOGIES LLC, a Delaware corporation,<br><br>Defendant. | CASE NO. 3:25-cv-05443-TL<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE BY THE STATES OF COLORADO, INDIANA, MAINE, MARYLAND, MINNESOTA, NEBRASKA, NEVADA, NEW JERSEY, NEW MEXICO, NORTH CAROLINA, NORTH DAKOTA, SOUTH DAKOTA, AND WASHINGTON, AND THE DISTRICT OF COLUMBIA PARTIALLY OPPOSING DEFENDANT'S MOTION TO DISMISS |

The unopposed motion of the States of Colorado, Delaware, Indiana, Maine, Maryland, Minnesota, Nebraska, Nevada, New Jersey, New Mexico, North Carolina, North Dakota, South Dakota, and Washington and the District of Columbia for leave to file an amicus brief in opposition to Defendant's motion to dismiss is GRANTED.

**SO ORDERED,** this 30th day of October, 2025.

_____
HONORABLE TANA LIN
United States District Judge

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
3:25-cv-05443 -TL

Colorado Department of Law
1300 Broadway, 10TH Floor
Denver, CO 802023
720-508-6263

- Page 1

Presented By:

**NICHOLAS W. BROWN**
*Attorney General*
*State of Washington*

For the Attorney General:

*/s Ben Brysacz*
Ben Brysacz, WSBA #54683
Assistant Attorney General
800 Fifth Avenue
Suite 2000
Seattle, WA 98104-3188
206-474-7744
Ben.Brysacz@atg.wa.gov

**PHILIP J. WEISER**
*Attorney General*
*State of Colorado*

For the Attorney General:

*/s/ Brady Grassmeyer*
Brady Grassmeyer (Admitted Pro Hac Vice)
*Senior Assistant Attorney General*
Ralph L. Carr Judicial Center
1300 Broadway, 7th Floor
Denver, CO 80203
720-508-6263
Brady.grassmeyer@coag.gov

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
3:25-cv-05443 -TL

Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 802023
720-508-6263